UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

V.

**Saul Alejandro VALENCIA-Estrada**

WARRANT FOR ARREST

CASE NUMBER:

To: The United States Marshal
and any Authorized United States Officer

**'08 MJ 8108**

YOU ARE HEREBY COMMANDED TO ARREST   Saul Alejandro VALENCIA-Estrada
                                                                Name

and bring him or her forthwith to the nearest magistrate to answer a(n)

__ Indictment __ Information _X_ Complaint __ Order of court __ Violation Notice __ Probation Violation Petition

charging him with (brief description of offense)

Deported Alien Found in the United States

in violation of Title _8_ United States Code, Section _1326_

RECEIVED 2008 FEB -7 A 10:20 U.S. MARSHALS SERVICE EL CENTRO OFFICE

Peter C. Lewis
Name of Issuing Officer

[signature]
Signature of Issuing Officer

Magistrate Judge Southern District of California
Title of issuing Officer

February 6, 2008 @ El Centro, CA
Date and Location

Bail Fixed at $ _No Bail_

by The Honorable Peter C. Lewis
Name of Judicial Officer

| RETURN | | |
|---|---|---|
| This warrant was received and executed with the arrest of the above-named defendant at NEAR CALEXICO, CA | | |
| DATE RECEIVED 02/07/08<br>DATE OF ARREST 02/12/08 | NAME AND TITLE OF ARRESTING OFFICER<br>USBP, CERDA | SIGNATURE OF ARRESTING OFFICER<br>EXECUTED:<br>L. Brambila |

USMS - CRIMINAL/WARRANTS DSK