FILED

MAR 11 2008

CLERK U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY                    DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Criminal Case No. 08CR 706-W |
| Plaintiff, | <u>I N F O R M A T I O N</u> |
| v. | Title 8, U.S.C., Sec. 1325 - Illegal Entry (Misdemeanor); |
| SAUL ALEJANDRO VALENCIA-ESTRADA, | Title 8, U.S.C., Sec. 1325 - Illegal Entry (Felony) |
| Defendant. | |

The United States Attorney charges:

<u>Count 1</u>

On or about Feb 4, 2008, within the Southern District of California, defendant SAUL ALEJANDRO VALENCIA-ESTRADA, being an alien, unlawfully entered or attempted to enter the United States at a time and place other than as designated by immigration officers, and eluded examination and inspection by immigration officers, and attempted to enter or obtained entry to the United States by a willfully false or misleading representation or the willful concealment of a material fact; in violation of Title 8, United States Code, Section 1325, a misdemeanor.

//

//

//

CJB:es:Imperial
3/11/08

<u>Count 2</u>

On or about February 11, 2008, within the Southern District of California, defendant SAUL ALEJANDRO VALENCIA-ESTRADA, being an alien, unlawfully entered or attempted to enter the United States at a time and place other than as designated by immigration officers, and eluded examination and inspection by immigration officers, and attempted to enter or obtained entry to the United States by a willfully false or misleading representation or the willful concealment of a material fact and previously committed the offense of illegal entry, as alleged in Count 1; all in violation of Title 8, United States Code, Section 1325, a felony.

DATED: <u>March 11, 2008</u>.

KAREN P. HEWITT
United States Attorney

*[signature]*

CARLA J. BRESSLER
Assistant U.S. Attorney