AO 455(Rev. 5/85) Waiver of Indictment

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA | WAIVER OF INDICTMENT |
| V. | |
| Saul A. Valencia Estrada | |
| | CASE NUMBER: 08CR706-W |

I, Saul Valencia-Estrada, the above named defendant, who is accused of Title 8, U.S.C., Sec. 1325

- 8 USC Sec 1325. Illegal Entry misdemeanor, Illegal Entry, Felony

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open

court on 3/11/08 prosecution by indictment and consent that the proceeding
may be by information rather than by indictment.

X _____
Defendant

_____
Counsel for Defendant

Before _____
JUDICIAL OFFICER

**FILED**

MAR 1 1 2008

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY