Name _____
No.# _____
Address _____
_____

**FILED**
JUN 16 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY ___ DEPUTY

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA.

UNITED STATES OF AMERICA,  )  Case No. 08MJ8101  08CR706 W
           PLAINTIFF,      )
                           )  MOTION FOR TIME REDUCTION BY
      V.                   )
                           )  AN INMATE IN FEDERAL CUSTODY.
Saul Alejandro Valencia Estrada ) ( 28 U.S.C. § 2255 )
           DEFENDANT,      )
                           )  THIS DOCUMENT IS NOT IN PROPER FORM ACCORDI
_____)   TO FEDERAL AND/OR LOCAL RULES AND PRACTIC
                              AND IS SUBJECT TO REJECTION BY THE COURT
                              REFERENCE _____
                              (Rule Number/Section)

COMES NOW, The Defendant, Saul Alejandro Valencia Estrada, in Pro-se, Respectfully requesting this Honorable Court, a time reduction on grounds of the following issues; Memorandum of Points and Authorities establish this motion factual basis.

1. Defendant is presently incarcerated at C.C.A./F.C.C. Florence, Arizona, 85232. And soon to be transferred to B.O.P..

2. Defendant plead guilty to Re-Entry _____

3. The defendant was sentenced to 30 months.

The defendant is seeking relief to the following;

**POINTS AND AUTHORITIES**

1. Equal rights Protection; I, VI, VII and XIV Amendments. A person should not be discriminated regardless of race, religion, color or nationality. etc.

2. A, U.S.A. citizen is entitled to 1 (one) year reduction of sentence through a drug program during his incarceration.

**PETITION FOR COMMUTATION OF SENTENCE**

Print or Type Legibly

Relief Sought. (Check one)

[ ] Reduction of Prison Sentence Only     [ ] Reduciton of Prison Sentence
[ ] Remission of Fine Only                    and remisson of Fine.
                                          [ ] Other. _____

**TO THE DISTRCIT COURT FOR DISTRICT COURT OF ARIZONA.**
**TO THE PRESIDENT OF THE UNITED STATES:**

Petitioner, Jean Alejandro Valencia Estrada, a Federal Prisoner Reg. No.# 67034208 Confined in the FLORENCE CORRECTIONAL DETENTION CENTER., In seeking a commutation of sentence, states that he was born on 4-19-86, and has Social Security No. _____ (If not a United States Citizen, indicate Country of Citizenship; Mexico

Petitioner was convicted on a Plea of Re-Entry in the United States District Court of California Doc.No.# 08MJ8106 of the crime of; Re-Entry to the United States of America

Involving the following circumstances; _____

and was sentenced on 4-21-08 to imprisonment for 30 months and/or pay a [ ] Fine [ ] restitution of $ None and/or probation for none [ ]fine [ ] restitution [ ] has [ ] has not been paid. the balance owed is $ None.

Petitioner began the service of his time on 2-11-08, he will be released from confinement on _____ and his application for parole was [ ]granted [ ]denied. [x] One has not been submitted, for the fact that illegal aliens do not qualify for parole early release dates.

**Complete the following paragraph.**

Judgement was affirmed on _____. A petition for a Writ of Certiorari [ ] was [x] was not..; sought from the Suprem Court. and [ ]granted [ ] Denied on _____. Petitioner [ ] did [ ]did not Challenge his conviction or sentence under 28 U.S.C. 2255. (Provide citations to court opinions, if known. _____

Petitioner's criminal record, other than the instant offense, is as follows. None other than the current offense.

Petitioner respectfully prays that he be granted clemency for the following reasons. I have a family in Mexico who depends on

me for the well being th~
maine source of income. I have a wife and a son
whom I miss deeply and they to find it hard for being
not being their to support them Physicaly and emotionally

The statements contained herein are true to the best of my knowledge and belief, and I understand that any misstatements of material fact contained herein may subject me to criminal prosecution and/or casue adverse action on my petition for executive Clemency.

Respectfully Submitted this 3rd day of June 2008.

_____
Signature of Petitioner.

Subscribed and Sworn before me on this 4th day of June 2008
Pulbic Notary; Jaci A Matt
Comm. Expires Date. 3-31-201

"OFFICIAL SEAL"
Jaci A. Matlock
Notary Public-Arizona
Pinal County
My Commission Expires 3/31/2011

JS44
(Rev. 07/89)

# CIVIL COVER SHEET

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE SECOND PAGE OF THIS FORM.)

**I (a) PLAINTIFFS**
Saul Alejandro Valencia-Estrada

**DEFENDANTS**
United States of America

FILED
JUN 1 6 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY                    DEPUTY

**(b) COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF**
(EXCEPT IN U.S. PLAINTIFF CASES)

**COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT**
(IN U.S. PLAINTIFF CASES ONLY)

NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND

**(c) ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)**
Saul Alejandro Valencia-Estrada
PO Box 6900
Florence, AZ 85232
67034208

**ATTORNEYS (IF KNOWN)**
U.S. Attorney

**II. BASIS OF JURISDICTION** (PLACE AN x IN ONE BOX ONLY)

☐ 1 U.S. Government Plaintiff
☐ 3 Federal Question (U.S. Government Not a Party)
☒ 2 U.S. Government Defendant
☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** (PLACE AN X IN ONE BOX (For Diversity Cases Only) FOR PLAINTIFF AND ONE BOX FOR DEFENDANT

|  | PT | DEF |  | PT | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐1 | ☐1 | Incorporated or Principal Place of Business in This State | ☐4 | ☐4 |
| Citizen of Another State | ☐2 | ☐2 | Incorporated and Principal Place of Business in Another State | ☐5 | ☐5 |
| Citizen or Subject of a Foreign Country | ☐3 | ☐3 | Foreign Nation | ☐6 | ☐6 |

**IV. CAUSE OF ACTION** (CITE THE US CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE. DO NOT CITE JURISDICTIONAL STATUTES UNLESS DIVERSITY).

28 U.S.C. 2255

**V. NATURE OF SUIT** (PLACE AN X IN ONE BOX ONLY)

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reappointment |
| ☐ Marine | ☐ 310 Airplane | ☐ 362 Personal Injury-Medical Malpractice | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ Miller Act | ☐ 315 Airplane Product Liability | | ☐ 625 Drug Related Seizure of Property 21 USC881 | **PROPERTY RIGHTS** | ☐ 430 Banks and Banking |
| ☐ Negotiable Instrument | ☐ 320 Assault, Libel & Slander | ☐ 365 Personal Injury - Product Liability | | ☐ 820 Copyrights | ☐ 450 Commerce/ICC Rates/etc. |
| ☐ 150 Recovery of Overpayment &Enforcement of Judgment | ☐ 330 Federal Employers' Liability | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 630 Liquor Laws | ☐ 830 Patent | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 340 Marine | | ☐ 640 RR & Truck | ☐ 840 Trademark | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 345 Marine Product Liability | **PERSONAL PROPERTY** | ☐ 650 Airline Regs | **SOCIAL SECURITY** | ☐ 810 Selective Service |
| ☐ 153 Recovery of Overpayment of Veterans Benefits | ☐ 350 Motor Vehicle | ☐ 370 Other Fraud | ☐ 660 Occupational Safety/Health | ☐ 861 HIA (13958) | ☐ 850 Securities/Commodities Exchange |
| | ☐ 355 Motor Vehicle Product Liability | ☐ 371 Truth in Lending | ☐ 690 Other | ☐ 862 Black Lung (923) | |
| ☐ 160 Stockholders Suits | | ☐ 380 Other Personal Property Damage | **LABOR** | ☐ 863 DIWC/DIWW (405(g)) | ☐ 875 Customer Challenge 12 USC |
| ☐ Other Contract | ☐ 360 Other Personal Injury | | ☐ 710 Fair Labor Standards Act | ☐ 864 SSID Title XVI | ☐ 891 Agricultural Acts |
| ☐ 195 Contract Product Liability | | ☐ 385 Property Damage Product Liability | ☐ 720 Labor/Mgmt. Relations | ☐ 865 RSI (405(g)) | ☐ 892 Economic Stabilization Act |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 730 Labor/Mgmt. Reporting & Disclosure Act | **FEDERAL TAX SUITS** | ☐ 893 Environmental Matters |
| ☐ 210 Land Condemnation | ☐ 441 Voting | ☒ 510 Motions to Vacate Sentence Habeas Corpus | ☐ 740 Railway Labor Act | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 894 Energy Allocation Act |
| ☐ 220 Foreclosure | ☐ 442 Employment | | ☐ 790 Other Labor Litigation | ☐ 871 IRS - Third Party 26 USC 7609 | ☐ 895 Freedom of Information Act |
| ☐ 230 Rent Lease & Ejectmant | ☐ 443 Housing/Accommodations | ☐ 530 General | ☐ 791 Empl. Ret. Inc. | | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 240 Tort to Land | ☐ 444 Welfare | ☐ 535 Death Penalty | ☐ Security Act | | |
| ☐ 245 Tort Product Liability | ☐ 440 Other Civil Rights | ☐ 540 Mandamus & Other | | | ☐ 950 Constitutionality of State |
| ☐ 290 All Other Real Property | | ☐ 550 Civil Rights | | | ☐ 890 Other Statutory Actions |

**VI. ORIGIN** (PLACE AN X IN ONE BOX ONLY)

☒ 1 Original Proceeding
☐ 2 Removal from State Court
☐ 3 Remanded from Appelate Court
☐ 4 Reinstated or Reopened
☐ 5 Transferred from another district (specify)
☐ 6 Multidistrict Litigation
☐ 7 Appeal to District Judge from Magistrate Judgment

**VII. REQUESTED IN COMPLAINT:** ☐ CHECK IF THIS IS A CLASS ACTION UNDER f.r.c.p. 23

**DEMAND** $    Check YES only if demanded in complaint:
**JURY DEMAND:** ☐ YES ☐ NO

**VIII. RELATED CASE(S) IF ANY** (See Instructions): JUDGE    Docket Number

DATE 6/16/2008

SIGNATURE OF ATTORNEY OF RECORD
R.Mulley