# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAUL ALEJANDRO VALENCIA-ESTRADA,<br><br>　　　　　　　　　　Petitioner,<br><br>　vs.<br><br>UNITED STATES OF AMERICA,<br><br>　　　　　　　　　　Respondent. | CASE NO. 08-CV-1094 W<br>　　　　　　08-CR-706 W<br><br>**ORDER SETTING BRIEFING SCHEDULE (Cr. No. 19)** |

On June 16, 2008, Petitioner Saul Alejandro Valencia-Estrada filed a habeas-corpus petition challenging his federal sentence under 28 U.S.C. § 2255 on equal protection grounds. The court hereby **ORDERS** that the Government shall file a return to the petition by **September 12, 2008**. Valencia-Estrada shall file his traverse, should he so choose, by **October 31, 2008,** after which the court may rule on the papers submitted and without oral argument under Civil Local Rule 7.1(d)(1).

**IT IS SO ORDERED.**

DATED: June 24, 2008

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Hon. Thomas J. Whelan
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge

- 1 -

08cv1094W