Address SAUL ALEJANDRO VALENCIA ESTRADA #670
Case 3:08-cr-00706-W   Document 22   Filed 07/03/2008   Page 1 of 3
PO Box 6900
FLORENCE AZ
85232

FILED
JUL 03 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

NUNC PRO TUNC
JUN 29 2008

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA. 08cr706-W

| | |
|---|---|
| UNITED STATES OF AMERICA, PLAINTIFF, | Case No. 08MJ8108 |
| v. | MOTION FOR TIME REDUCTION BY AN INMATE IN FEDERAL CUSTODY. |
| SAUL ALEJANDRO VALENCIA ESTRADA DEFENDANT. | ( 28 U.S.C. 8 2255 ). |

COMES NOW, The Defendant, SAUL ALEJANDRO VALENCIA ESTRADA, in Pro-se, Respectfully requesting this Honorable Court, a time reduction on grounds of the following issues; Memorandum of Points and Authorities establish this motion factual basis.

1. Defendant is presently incarcerated at C.C.A./F.C.C. Florence, Arizona, 85232. And soon to be transferred to B.O.P..

2. Defendant plead guilty to RENTRY

3. The defendant was sentenced to 30 months.

The defendant is seeking relief to the following;

POINTS AND AUTHORITIES

1. Equal rights Protection; I, VI, VII and XIV Amendments. A person should not be discriminated regardless of race, religion, color or nationality. etc.

2. A, U.S.A. citizen is entitled to 1 (one) year reduction of sentence through a drug program during his incarceration,

PETITION FOR COMMUTATION OF SENTENCE

Print or Type Legibly

Relief Sought. (Check one)
[X] Reduction of Prison Sentence Only    [ ] Reduciton of Prison Sentence and remisson of Fine.
[ ] Remission of Fine Only                [ ] Other. _____

TO THE DISTRCIT COURT FOR DISTRICT COURT OF ~~ARIZONA~~ California
TO THE PRESIDENT OF THE UNITED ~~STATES~~ states;

1

Reg. No. 67034208 Confined in the FLORENCE CORRECTIONAL DETENTION CENTER., In seeking a commutation of sentence, states that he was born on 4-19-86, and has Social Security No. _____ (If not a United States Citizen, indicate Country of Citizenship; MEXICO

Petitioner was convicted on a Plea of ReNTRY in the United States District Court of CALIFORNIA Doc.No. 1 of the crime of; COMiNg INTO COUNTRy IllegAlly

Involving the following circumstances; NOT TO COME BACK TO COUNTRy EVER AgAIN!!

and was sentenced on 4-21-08 to imprisonment for 30 MONTHS and/or pay a [ ] Fine [*] restitution of $ _____ and/or probation for 11 yeARS [ ]fine [ ] restitution [ ] has [ ] has not been paid. the balance owed is $ _____.

Petitioner began the service of his time on 2-11-08, he will be released from confinement on April 2010?? and his application for parole was [ ]granted [ ]denied. One has not been submitted, for the fact that illegal aliens do not qualify for parole early release dates.

**Complete the following paragraph.**
Judgement was affirmed on 4-21-08. A petition for a Writ of Certiorari [ ] was [X] was not..; sought from the Suprem Court. and [ ]granted [ ] Denied on _____. Petitioner [ ] did [ ]did not Challenge his conviction or sentence under 28 U.S.C. 2255. (Provide citations to court opinions, if known. ???

Petitioner's criminal record, other than the instant offense, is as follows. SMuggeling Illegal AlieNS

Petitioner respectfully prays that he be granted clemency for the following reasons. My Wife Is out THeRe All AloNe RAiSing My

SON BY HER SELF SHE NEEDS ME OUT THERE TO HELP SUPPORT AND RAISE ARE CHILD I CANT DO NOTHING FOR MY FAMILY IN HERE..

The statements contained herein are true to the best of my knowledge and belief, and I understand that any misstatements of material fact contained herein may subject me to criminal prosecution and/or casue adverse action on my petition for executive Clemency.

Respectfully Submitted this ___24TH___ day of __June 2008__.

_____Valencia._____
Signature of Petitioner.

Subscribed and Sworn before me on this ___24TH___ day of __June 2008__
Pulbic Notary; __Robert Gastelum_____

Comm. Expires Date._____

"OFFICIAL SEAL"
Robert Gastelum
Notary Public-Arizona
Pinal County
My Commission Expires 4/9/2011