UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, ) | Case No. | 08 CR 0706-W |
| ) | | 08 CV 1094-W |
| Plaintiff, ) | | |
| v. ) | **CERTIFICATE OF SERVICE** | |
| SAUL ALEJANDRO VALENCIA-ESTRADA,) | | |
| Defendant. ) | | |

IT IS HEREBY CERTIFIED THAT:

I, Shireen Becker, am a citizen of the United States and am at least eighteen years of age. My business address is 880 Front Street, Room 6293, San Diego, California 92101-8893.

I am not a party to the above-entitled action. I have caused service of the United States' Response and Opposition to Defendant-Petitener's Motion Pursuant to 28 U.S.C. § 2255, dated September 2, 2008, and this Certificate of Service, dated September 2, 2008, on the following parties by electronically filing the foregoing with the Clerk of the District Court using its ECF System, which electronically notifies them:

1. James Fife, Esq.
   Federal Defenders of San Diego, Inc.

I hereby certify that I have caused to be mailed the foregoing, by the United States Postal Service, to the following non-ECF participants on this case:

1. Saul Alejandro Valencia-Estrada, Proceeding *Pro Se*
   67034208-SPA
   Florence Correctional Detention Center
   P.O. Box 6900
   Florence, AZ 85232

1 | the last known address, at which place there is delivery service of mail from the United States
2 | Postal Service.
3 | I declare under penalty of perjury that the foregoing is true and correct.
4 |
5 | Executed on September 2, 2008.
6 | /s/ *Shireen M. Becker*
7 | Shireen M. Becker
  | Assistant United States Attorney

2